AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

BLACKJACK EXPRESS, an Illinois entity,

CASE NUMBER: 08 CV 1510

V.

ASSIGNED JUDGE: ANDERSEN

MONSTER EXPRESS, INC., a New Jersey entity; FINE TRANSPORT, INC., a New Jersey entity and JOHANSEN FREIGHT INTERNATIONAL, d/b/a EXPRESS FREIGHT SYSTEM, a California entity

DESIGNATED MAGISTRATE JUDGE: VALDEZ

TO: (Name and address of Defendant)

Johansen Freight International
d/b/a Express Freight System
3004 Alvarado St., Suite G
San Leandro, CA 94577

*[signature]* — 4/3/08

Authorized to accepted

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Duane C. Weaver
Horvath & Weaver, P.C.
10 South LaSalle St, Suite 1400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

URI ISUFI

APR - 2 2008

(By) DEPUTY CLERK                                                                 DATE

DEFENDANT:  Johansen Freight International d/b/a Express Freight System

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  4/3/08 @ 1:29 p.m. |
| NAME OF SERVER *(PRINT)*  Anne Vode | TITLE  CA Private Investigator PI 12115 |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served:  served to Vicki Mai, Office Manager, Authorized Agent @ Express Freight Systems @ 3004 Alvarado Street, Suite G, San Leandro, CA  94577

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/7/2008
            Date

*Signature of Server*

Anne Vode, Private Investigator, Lic. PI 12115
Mercury Investigations
3645 Grand Avenue, Suite 207

*Address of Server*
Oakland, CA  94610
(510) 268-9810

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.