AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

BLACKJACK EXPRESS, an Illinois entity,

V.

MONSTER EXPRESS, INC., a New Jersey entity; FINE TRANSPORT, INC., a New Jersey entity and JOHANSEN FREIGHT INTERNATIONAL, d/b/a EXPRESS FREIGHT SYSTEM, a California entity

CASE NUMBER: 08 CV 1510

ASSIGNED JUDGE: ANDERSEN

DESIGNATED MAGISTRATE JUDGE: VALDEZ

TO: (Name and address of Defendant)

Monster Express, Inc.
Martin Kennedy as Statutory Agent for Monster Express, Inc.
39 South LaSalle Street, Suite 1400
Chicago, IL 60605

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Duane C. Weaver
Horvath & Weaver, P.C.
10 South LaSalle St, Suite 1400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

APR 2 2 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 4.22.08 |
| NAME OF SERVER (PRINT) CHARLES JARED FERNLEY | TITLE CLERK |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Served to Kelly Burrell @ Office of Martin Kennedy, Statuatory Agent for Monster Express, Inc.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4.22.08
Date

Signature of Server

10. S. LA SALLE ST, CHICAGO, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.