AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**ALIAS SUMMONS IN A CIVIL CASE**

BLACKJACK EXPRESS, an Illinois entity,

           V.

MONSTER EXPRESS, INC., a New Jersey entity; FINE TRANSPORT, INC., a New Jersey entity and JOHANSEN FREIGHT INTERNATIONAL, d/b/a EXPRESS FREIGHT SYSTEM, a California entity

CASE NUMBER: 08 CV 1510

ASSIGNED JUDGE: ANDERSEN

DESIGNATED MAGISTRATE JUDGE: VALDEZ

RECEIVED 2008 APR 25 PM 1:13 WILL COUNTY SHERIFF'S OFFICE

TO: (Name and address of Defendant)

Fine Transport, Inc.
Peter Petrusich as Statutory Agent for Fine Transport, Inc.
1015 Karen Dr.
Joliet, IL 60431

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Duane C. Weaver
Horvath & Weaver, P.C.
10 South LaSalle St, Suite 1400
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

*(signature)*

(By) DEPUTY CLERK

APR 2 2 2008

DATE

```
------------                                    ============ ATTORNEY ============
BLACKJACK EXPRESS                               HORVATH & WEAVER P.C
   -VS-                                         10 SOUTH LA SALLE STREET
FINE TRANSPORT INC.                             SUITE 1400
                                                CHICAGO, IL 60603

============ DESCRIPTION ============  ========= ATTEMPTED SERVICES =========
                                         DATE          TIME         BADGE #
SUMMONS & COMPLAINT                              PAID

 ISSUED:   5/6/08      EXPIRES:  5/22/08         MAY 06 2008
 FEES:    40.00        EVC/DEP:

======== PERSON TO BE SERVED ========

FINE TRANSPORT INC.                     NOTES:
1015 KAREN DR                           SERVE: PETER PETRUSICH AS STATUTORY AG
JOLIET, IL 60431                        ENT.
```

I CERTIFY THAT I HAVE SERVED THE ATTACHED PROCESS ON THE DEFENDANT AS FOLLOWS:

(A) ___ PERSONAL SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ RULE ___ ORDER ___ SUBPOENA ___ NOTICE ___ JUDGEMENT
        ___ SUMMONS/PETITION FOR ORDER OF PROTECTION ___ ORDER OF PROTECTION.
        ___ CIVIL NO-CONTACT ORDER.

(B) ___ SUBSTITUTE SERVICE: BY LEAVING A COPY OF THE ___ SUMM/COMP ___ CITATION
        ___ NOTICE ___ JUDGEMENT ___ ORDER OF POSSESSION AT THE USUAL PLACE OF
        ABODE WITH SOME PERSON OF THE FAMILY 13 YEARS OR OLDER AND INFORMING
        SAID PERSON OF THE CONTENTS. ALSO, A COPY OF THE WRIT WAS MAILED TO
        THE DEFENDANT AT HIS/HER USUAL PLACE OF ABODE ON _____.(date)

(C) _X_ SERVICE ON: ___ CORPORATION _X_ COMPANY ___ BUSINESS by leaving a
        COPY OF THE _X_ SUMM/COMP ___ CITATION ___ RULE ___ ORDER ___ NOTICE
        ___ JUDGEMENT ___ SUBPOENA WITH THE REGISTERED AGENT, AUTHORIZED PERSON
        OR PARTNER OF THE DEFENDANT.

(D) ___ OTHER SERVICE: ___ CERTIFIED MAIL ___ POSTING

(E) ___ THE NAMED DEFENDANT WAS NOT SERVED:
        ___ MOVED ___ NOT LISTED ___ RETURNED BY ATTY. ___ EXPIRED
        ___ NO CONTACT ___ NO SUCH ADDRESS ___ DECEASED ___ OTHER REASON

PERSON TO BE SERVED: Fine Transport Inc. (Peter Petrusich)
SERVING ADDRESS: 1015 Karen Dr. Joliet, Il
WRIT SERVED ON: Peter Petrusich    RELATIONSHIP: Agent
        SEX  M (M/F)   RACE  W   DOB  52
THIS  7  DAY OF  May  20 08  TIME  1434  HOURS
PAUL J. KAUPAS, SHERIFF, BY  Dep. J OB    DEPUTY #  1125
REMARKS: _____
RLM81271058